```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TYRONE BLACKSON,

                Plaintiff,

    -against-

C.O. MCNEIL, ETL AL.,

                Defendants.
-------------------------------------------------------------x

**ORDER GRANTING
MOTION FOR EXTENSION**

08 Civ. 3116 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant C.O. McNeil's request for an extension of time is granted. Time to respond to the Complaint for all defendants is extended to August 4, 2008. The extension and adjournment are granted on the following conditions:

        1.    The Office of the Attorney General shall, on or before July 1, 2008, file with me a report as to which defendants have been served, and which have not yet been served.

        2.    As to defendants who have not been served, the Office of the Attorney General shall provide their last known addresses or, alternatively, a willingness to accept service on behalf of any such unserved defendant whose last known address is not provided.

        SO ORDERED.

Dated:    New York, New York
              June 23, 2008

                                                      _____
                                                        ALVIN K. HELLERSTEIN
                                                        United States District Judge