


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BENJAMIN E. STOCKMAN
*Assistant Corporation Counsel*
(212) 788-1177
(212) 788-9776 (fax)
bstockma@law.nyc.gov

July 1, 2008

**BY FAX**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Tyrone Blackson v. C.O. Mrs. McNeil, et al.</u>
           08 Civ. 3116 (AKH)

Your Honor:

    I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the City of New York in the above-referenced case, in which the Court directed this office to report by July 1, 2008 which defendants have been served in this matter, and to provide service addresses for those defendants who have not yet been served. For the reasons detailed herein, defendant respectfully requests an enlargement of time, until July 31, 2008, in which to provide service addresses for the defendants who have not yet been served. Plaintiff is incarcerated and proceeding pro se; accordingly this request is made directly to the Court. No previous request for an extension of time to provide service addresses has been made in this matter.

    While the City of New York has been served in this matter, on information and belief, and according to a review of the Court's docket sheet, defendants "C.O. Mrs. McNeil," and "C.O. Mrs. Dorsey" have not been served with the complaint. Plaintiff also named a "Capt Jane Doe" who has not yet been identified. The only information plaintiff provided in his complaint regarding the identities of the defendant correction officers is the last names for two of them, McNeil and Dorsey, and that they all are female. To date, this office has been unable to identify the individuals named as "C.O. Mrs. McNeil", "C.O. Mrs. Dorsey" and "Capt Jane Doe" due to the lack of detail in plaintiff's complaint, the commonality of the last names McNeil and Dorsey, and because plaintiff has not provided defendant with a medical release to access his Correctional Health Services records, which might provide access to records identifying the officers involved in the alleged incident in the complaint. Moreover, after an initial search, the

New York City Department of Correction has not yet been able to locate any records associated with the incident alleged in the complaint. While we are continuing to search for any records associated with the incident alleged in the complaint, if no such records are found, and since plaintiff did not provide a physical description of any of these individuals, it will be necessary to request and review archived tour schedules for the facility in which the alleged incident occurred dating back to the date of incident on June 11, 2005, in order to conclusively determine whether an Officer McNeil or Dorsey was assigned to the same facility in which plaintiff claims he was injured. Therefore, defendant City of New York respectfully requests an enlargement of time until July 31, 2008 in which to provide the service addresses for defendants McNeil and Dorsey.

       I thank the Court for its time and consideration of this request.

                                                    Respectfully submitted,

                                                    Benjamin E. Stockman
                                                    Assistant Corporation Counsel
                                                    Special Federal Litigation Division

cc:      Tyrone Blackson, plaintiff pro se
         07-A-0440
         Arthur Kill Corr. Fac.
         2911 Arthur Kill Rd.
         Staten Island, NY 10309  (By First Class Mail)