UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

TYRONE BLACKSON,

                        Plaintiff,

      -against-

C.O. MRS. MCNEIL, et al.,

                     Defendants.

------------------------------------------------------------- x

**ORDER**

08 Civ. 3116 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On June 23, 2008, I directed Assistant Corporation Counsel to provide (a) a list of defendants that had not yet been served, and (2) service addresses for those defendants. Assistant Corporation Counsel responded to my order by letter dated July 23, 2008, including the requested information. A copy of the letter was sent to plaintiff, and is attached to this order.

       Plaintiff shall, within 30 days of the issuance of this order, cause service to be perfected on defendant McNeil. Plaintiff shall also, in light of the representations made by Assistant Corporation Counsel in the July 23, 2008 letter, show cause within 30 days why the other two defendants named in the complaint should not be dismissed.

       SO ORDERED.

Dated:      July 28, 2008
             New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge

1