```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TYRONE BLACKSON,                                :
                                                :   **ORDER**
                            Plaintiff,          :
    -against-                                   :   08 Civ. 3116 (AKH)
                                                :
C.O. MRS. MCNEIL, et al.,                       :
                                                :
                            Defendants.         :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  On August 11, 2008, Plaintiff Tyrone Blackson submitted a letter to the Court in response to Assistant Corporation Counsel's letter to the Court advising on the status of the individual defendants. In response to Plaintiff's letter, I make the following rulings:

  The Court hereby grants a sixty-day extension for plaintiff to serve Defendant McNeil. The Clerk of the Court is hereby directed to issue an amended summons and the Pro Se Office is directed to furnish plaintiff with materials needed to effect service.

  Regarding defendants "Mrs. Dorsey" and "Captain Jane Doe", Assistant Corporation Counsel has reported to me in its letter of July 23, 2008 that insufficient information has been provided by plaintiff, and as a result, the City has been unable to identify these defendants: with regard to defendant "Mrs. Dorsey", the only corrections officer with the last name Dorsey on record was not assigned to plaintiff's housing facility on the date of the incident, and with regard to "Captain Jane Doe", no potential individual could be identified based on the limited information in the complaint. Unless plaintiff can provide to the City more

specific identifying information within 30 days, defendants "Mrs. Dorsey" and "Captain Jane Doe" will be dismissed.

        SO ORDERED.

Dated:      August 26, 2008
              New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge